WR-63,871-03
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/11/2015 3:07:27 PM
Accepted 2/12/2015 8:15:52 AM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS

EX PARTE                          §
                                  §                    RECEIVED
                                  §            COURT OF CRIMINAL APPEALS
                                  §   NO. C-2-010289-0764998-B  2/12/2015
                                  §                    ABEL ACOSTA, CLERK
TIMOTHY RANDAL THOMPSON           §


MOTION FOR EXTENSION OF TIME
FOR SUBMISSION OF WRIT RECORD

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, the Criminal District Court No. 2 of Tarrant County Texas and moves this Court to grant a one-hundred and eighty (180) day extension of time for resolution of the issues and to submit the writ record in this case. The following allegations are made in support of this motion:


I.

The applicant was convicted by a jury of the offense of murder and sentenced to twenty-five years' confinement on April 20, 2001. See Judgment.


II.

On August 19, 2014, the applicant (represented by the Hon. Robert N. Udashen and the Hon. Bruce Anton) filed an

application for writ of habeas corpus alleging that he was denied effective assistance of counsel. See Application. The trial court timely designated this issue for future resolution on September 8, 2014. See Order Designating Issues. The trial court's 180-day deadline for resolving this issue is February 17, 2015. See Tex. R. App. P. 4 & 73.5.

## III.

The trial court conducted live hearings on January 21, 2015, and January 30, 2015. The applicant's trial counsels, the Hon. Leslie Johns and the Hon. Leon Haley, testified regarding their representation.

## IV.

In conjunction with this writ application, the applicant filed a motion for forensic testing of the firearm used in his case. See Motion for Forensic Testing. The Code of Criminal Procedure permits a trial court to order additional forensic testing to resolve controverted issues. See Tex. Code Crim. Proc. art. 11.07, §3(d). The trial court granted the applicant's

request for forensic testing on January 30, 2015. See Modified Order.

## V.

Additional time beyond the 180-day deadline is needed so that forensic testing can be completed, any additional hearing can be conducted, and each side can prepare its proposed findings of fact and conclusions of law. Counsels for the applicant (the Hon. Robert N. Udashen and the Hon. Bruce Anton) and the State (the Hon. Steven Conder) agree that additional time is needed to resolve the issues raised in this application

## VI.

The trial court requests that this Court grant a one hundred and eighty (180) day extension of time for resolution of the issues and submission of the writ record in this application. If this extension is granted, the writ record will be submitted on or before August 16, 2015.

WHEREFORE, PREMISES CONSIDERED, the trial court prays that this Court grant a one hundred and eighty (180) day extension for submission of the writ record in this application to August 16, 2015.

Respectfully submitted,

/s/ CHARLES P. REYNOLDS
CHARLES PATRICK REYNOLDS
Judicial Staff Counsel and
Post-Conviction Magistrate
Tarrant County, Texas
401 W. Belknap
Fort Worth, Texas 76196
(817) 884-2326
Fax (817) 884-2312
State Bar No. 00789580

CERTIFICATE OF SERVICE

A true copy of the above Motion for Extension of Time for Submission of Writ Record has been transmitted to the applicant's counsel, the Hon. Robert N. Udashen and the Hon. Bruce Anton, 2311 Cedar Springs Road, Suite 250, Dallas, Texas 75201, and hand-delivered to the State's counsel, the Hon. Steven W. Conder, on this, the ___ day of February, 2015.

/s/ CHARLES P. REYNOLDS
CHARLES PATRICK REYNOLDS

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

JAN 30 2015

TIME_____10:34
BY_____DEPUTY

C-2-010289-0764908-B

EX PARTE

TIMOTHY R. THOMPSON

§
§
§
§
§
§

IN THE CRIMINAL DISTRICT

COURT NO. 2

TARRANT COUNTY, TEXAS

### MODIFIED ORDER

The Court has before it Applicant's Application for Writ of Habeas Corpus, filed under Article 11.07 of the Texas Code of Criminal Procedure. Applicant's application was filed on August 19, 2014, and Applicant's Motion for Forensic Testing was filed on September 2, 2014.

Applicant's Motion having been granted, **IT IS ORDERED** that the **Tarrant County Sheriff's Department** release to Applicant's expert **Ed Hueske or his designated agent** the firearm and bullets which were examined by the State's expert in preparation for and at the time of trial, so that Hueske may physically examine and perform tests on the firearm and bullets, under whatever conditions the custodian of the evidence deems appropriate to preserve the evidence.

The **Clerk of the Court** is **ORDERED** to send a copy of this order to Applicant's attorney, **Robert N. Udashen**, 2311 Cedar Springs Road, Suite 250, Dallas, Texas 75201, and to the **Appellate Section** of the Tarrant County Criminal District Attorney's Office.

SIGNED AND ENTERED this 30th day of January 2015.

_____
CHARLES P. REYNOLDS
CRIMINAL COURT MAGISTRATE
TARRANT COUNTY, TEXAS